

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-77,246-11

### IN RE DRAKE LAFAYETTE WILLIS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. F-0824020-T IN THE 283RD DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that on April 4, 2013, he filed a supplemental application for a writ of habeas corpus in the 283rd District Court of Dallas County and that this supplemental application was never forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Dallas County, is ordered to file a response, which may be made by submitting the supplemental application or stating that Relator has not filed such an application. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: July 22, 2015
Do not publish